In the Matter of Proving the Alleged Last Will and Testament of HELEN M. GRIDLEY, Deceased.— Order affirmed, with costs to respondents payable out of the estate. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

FRANCES McFARLANE, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. CENTRAL FIRE INSURANCE COMPANY OF BALTIMORE, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. NORTHERN ASSURANCE COMPANY, LIMITED, OF LONDON, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concur. Present — Hubbs, P.' J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. THE COMMERCIAL UNION FIRE INSURANCE COMPANY OF NEW · YORK, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. THE GREAT AMERICAN INSURANCE COMPANY, NEW YORK, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ESTER TUBIN, Respondent, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY OF SPRINGFIELD, MASSACHUSETTS, Appellant, and HENRY J. HUMBURCH, Respondent. (Action No. 1.) — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HENRY E. JOSLYN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARY WILSON VAN SWALL, as Executrix, etc., of PERNETTE VAN SWALL, Deceased, Respondent, v. FRANK J. JONES, Appellant.— Judgment affirmed, with costs. The issue of performance arose under the pleadings in the former action, was there litigated, submitted to the jury and decided adversely to the contention of defendant, appellant. The evidence relating to it had full consideration by this court on the former appeal and again upon the motion for leave to appeal to the Court of Appeals, all in the light of full and able briefs by counsel on both facts and law. Permission to appeal was also denied by the Court of Appeals. It may not be litigated a second time. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

STANLEY DEAN and LIZZIE DEAN, Respondents, v. SAM SASH and THIELLE SASH, Appellants. MARTIN POHLMAN and Others, Respondents.— Judgments affirmed, with costs in favor of the plaintiff and against the appellants. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.